■ HARVEY SULTZER et al., Appellants, v SHEILA ROBINSON et al., Respondents. (And a Third-Party Action.) — In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal from a judgment of the Supreme Court, Orange County (Leggett, J.), dated August 25, 1982, which dismissed the complaint, following a jury trial on the issue of liability only. Judgment reversed, on the facts, and new trial granted, with costs to abide the event. The verdict was against the weight of the evidence. Mollen, P. J., Mangano, Thompson and Niehoff, JJ., concur.